UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY

    Plaintiffs,

v.

HELICON ASSOCIATES, INC., a Michigan corporation, ESTATE OF MICHAEL J. WITUCKI, in its capacity as successor in interest to MICHAEL J. WITUCKI, a deceased individual, DR. CHARLES DREW ACADEMY, a Michigan public school academy, JEREMY GILLIAM, WELLS FARGO ADVANTAGE NATIONAL TAX FREE FUND, a series of the Delaware business trust known as the Wells Fargo Funds Trust, Delaware Business Trust, WELLS FARGO ADVANTAGE MUNICIPAL BOND (in part as successor to the Wells Fargo Advantage National Tax-Free Fund), a series of the Delaware business trust known as the Wells Fargo Funds Trust, a Delaware business trust, LORD ABBETT MUNICIPAL INCOME TRUST - LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, a Delaware statutory trust, PIONEER MUNICIPAL HIGH INCOME ADVANTAGE, a Massachusetts business trust, by Pioneer Investment management, Inc., its investment advisors,

    Defendants.

Case No. 2:11-cv-13052

Honorable Stephen J. Murphy, III.

Magistrate Judge Michael J. Hluchaniuk

**STIPULATION EXTENDING DEFENDANTS TIME TO REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

---

CHRISTOPHER P. JELINEK (P53543)
MEGAN K. CAVANAGH (P61978)
Garan Lucow Miller, P.C.
Attorney for Plaintiff
1000 Woodbridge
Detroit, MI  48207
(313) 446-5554
email:  cjelinek@garanlucow.com

MICHAEL J. WATZA (P38726)
ROBERT T. KENT (P71897)
Kitch Drutchas Wagner
Valitutti & Sherbrook
Attorneys for Defendant Funds
One Woodward Ave., Suite 2400
Detroit, MI 48226-5485
Telephone:  (313) 965-7986
email:  mike.watza@kitch.com
       robert.kent@kitch.com

MICHAEL P. CILLO
VALERI S. PAPPAS
ANDY J. ROTTMAN
Davis & Ceriani, P.C.
Attorneys for Defendant Funds
1350 17th Street, Suite 400
Denver, Colorado 80202
Telephone:  (303) 534-9000
email: mcillo@davisandceriani.com;
     vpappas@davisandceriani.com
     arottman@davisandceriani.com

**IT IS HEREBY STIPULATED AND AGREED**, by the parties through their undersigned counsel, that Defendants Wells Fargo Advantage National Tax Free Fund; Wells Fargo Advantage Municipal Bond Fund; Lord Abbett Municipal Income Trust; Lord Abbett High Yield Municipal Bond Fund; and Pioneer Municipal High Income Advantage may file a Reply in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction on or before October 31, 2011.

By: /s/ Christopher P. Jelinek  
    Christopher P. Jelinek (P53543)  
    Megan K. Cavanagh (P61978)  
    Garan Lucow Miller, P.C.  
    Attorney for Plaintiff  
    1000 Woodbridge  
    Detroit, MI  48207  
    (313) 446-5554  
    email:  cjelinek@garanlucow.com

By: /s/ Michael J. Watza  
    Michael J. Watza (P38726)  
    Robert T. Kent (P71897)  
    Kitch Drutchas Wagner  
    Valitutti & Sherbrook, P.C.  
    Attorney for Defendant Funds  
    One Woodward Ave., Ste. 2400  
    Detroit, MI 48226-5485  
    (313) 965-7986  
    email: mike.watza@kitch.com

By: /s/ Michael P. Cillo  
    Michael P. Cillo  
    Valeri S. Pappas  
    Andy J. Rottman  
    Davis & Ceriani, P.C.  
    Attorneys for Defendant Funds  
    1350 17th Street, Suite 400  
    Denver, Colorado 80202  
    Telephone:  (303) 534-9000  
    email: mcillo@davisandceriani.com

Dated:  October 17, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY

    Plaintiffs,

v.

HELICON ASSOCIATES, INC., a Michigan corporation, ESTATE OF MICHAEL J. WITUCKI, in its capacity as successor in interest to MICHAEL J. WITUCKI, a deceased individual, DR. CHARLES DREW ACADEMY, a Michigan public school academy, JEREMY GILLIAM, WELLS FARGO ADVANTAGE NATIONAL TAX FREE FUND, a series of the Delaware business trust known as the Wells Fargo Funds Trust, Delaware Business Trust, WELLS FARGO ADVANTAGE MUNICIPAL BOND FUND (in part as successor to the Wells Fargo Advantage National Tax-Free Fund), a series of the Delaware business trust known as the Wells Fargo Funds Trust, a Delaware business trust, LORD ABBETT MUNICIPAL INCOME TRUST - LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, a Delaware statutory trust, PIONEER MUNICIPAL HIGH INCOME ADVANTAGE, a Massachusetts business trust, by Pioneer Investment management, Inc., its investment advisors,

    Defendants.

Case No. 2:11-cv-13052

Honorable Stephen J. Murphy, III.

Magistrate Judge Michael J. Hluchaniuk

**ORDER EXTENDING DEFENDANTS TIME TO REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

    This Honorable Court having read the above Stipulation and being otherwise fully advised in the premises, hereby grants Defendants Wells Fargo Advantage National Tax Free Fund; Wells Fargo Advantage Municipal Bond Fund; Lord Abbett Municipal Income Trust; Lord Abbett High Yield Municipal Bond Fund; and Pioneer Municipal High Income Advantage, an extension to file a Reply in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction on or before October 31, 2011.

**IT IS SO ORDERED**

_____
U.S. DISTRICT COURT JUDGE

DET02\1539764.01