UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY
COMPANY

    Plaintiffs,

v.

HELICON ASSOCIATES, INC., a Michigan corporation, ESTATE OF MICHAEL J. WITUCKI, in its capacity as successor in interest to MICHAEL J. WITUCKI, a deceased individual, DR. CHARLES DREW ACADEMY, a Michigan public school academy, JEREMY GILLIAM, WELLS FARGO ADVANTAGE NATIONAL TAX FREE FUND, a series of the Delaware business trust known as the Wells Fargo Funds Trust, Delaware Business Trust, WELLS FARGO ADVANTAGE MUNICIPAL BOND FUND (in part as successor to the Wells Fargo Advantage National Tax-Free Fund), a series of the Delaware business trust known as the Wells Fargo Funds Trust, a Delaware business trust, LORD ABBETT MUNICIPAL INCOME TRUST - LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, a Delaware statutory trust, PIONEER MUNICIPAL HIGH INCOME ADVANTAGE TRUST, a Delaware statutory trust, by Pioneer Investment Management, Inc., its investment advisor,

    Defendants.

Case No. 2:11-cv-13052

Honorable Stephen J. Murphy, III.

Magistrate Judge Michael J. Hluchaniuk

## APPEARANCE

PLEASE TAKE NOTICE THAT Michael J. Watza of the law firm of Kitch Drutchas Wagner Valitutti & Sherbrook, P.C. hereby enters an Appearance on behalf of Defendants Wells Fargo Funds Trust (on behalf of its series Wells Fargo Advantage Municipal Bond Fund as successor-in-interest to Wells Fargo Advantage National Tax Free Fund), Pioneer Municipal High Income Advantage Trust, and Lord Abbett Municipal

Kitch Drutchas
Wagner Valitutti &
Sherbrook
[illegible address]
(313) 965-7900

Income Trust (on behalf of its series Lord Abbett High Yield Municipal Bond Fund) in the above-entitled action.

                        Respectfully Submitted,

                  By: /s/ Michael J. Watza
                      Michael J. Watza (P38726)
                      Kitch Drutchas Wagner
                      Valitutti & Sherbrook, P.C.
                      Attorney for Defendant Funds
                      One Woodward Ave., Ste. 2400
                      Detroit, MI 48226-5485
                      (313) 965-7986
                      email: mike.watza@kitch.com

Dated: December 9, 2011

Kitch Drutchas
Wagner Valitutti &
Sherbrook
One Woodward Ave.
Ste 2400
Detroit, MI 48226-5485
(313) 965-7900

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to All Counsel of Record.

/s/ Isher Poindexter

DET02\1553420.01

KITCH DRUTCHAS
WAGNER VALITUTTI &
SIERBROOK
...
... WARD AVE ...
STE 430
DETROIT MI 48226-5485
313 965-7900

3