UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY,

    Plaintiff

vs.                                          Case No.: 2:11-cv-13052

HELICON ASSOCIATES, INC., a Michigan     Honorable Steven J. Murphy
corporation, ESTATE OF MICHAEL J. WITUCKI,
in its capacity as successor in interest to Michael
J. Witucki, a deceased individual, JEREMY GILLIAM,
WELLS FARGO ADVANTAGE NATIONAL TAX
FREE FUND, a series of the Delaware business trust
known as the Wells Fargo Funds Trust, Delaware
Business Trust, WELLS FARGO ADVANTAGE
MUNICIPAL BOND FUND (in part as successor to the
Wells Fargo Advantage National Tax-Free Fund),
a series of the Delaware business trust known as the
Wells Fargo Funds Trust, a Delaware business trust,
LORD, ABBETT MUNICIPAL INCOME TRUST - LORD
ABBETT HIGH YIELD MUNICIPAL BOND FUND,
a Delaware statutory trust, PIONEER MUNICIPAL HIGH
INCOME ADVANTAGE, a Massachusetts business trust,
by Pioneer Investment Management, Inc., its investment advisor,

    Defendants.
_____/

**APPEARANCE**

| | |
|---|---|
| CHRISTOPHER P. JELINEK (P53543)<br>MEGAN K. CAVANAGH (P61978)<br>Garan Lucow Miller, P.C.<br>Attorney for Plaintiff<br>1000 Woodbridge<br>Detroit, MI 48207<br>(313) 446-5554<br>cjelinek@garanlucow.com<br>mcavanagh@garanlucow.com | Richard J. Landau (P42223)<br>RJ LANDAU PARTNERS PLLC<br>Attorney for Drew Academy<br>5340 Plymouth Road, Suite 200<br>Ann Arbor, MI 48105<br>(734) 865-1580<br>rjlandau@rjlps.com |
| DAVIS & CERIANI, P.C.<br>Michael P. Cillo, Esq.<br>Valeri S. Pappas, Esq.<br>Scott W. Wilkinson<br>1350 17th Street, Suite 400<br>Denver, Colorado 80202<br>(303) 534-9000<br>mcillo@davisandceriani.com<br>vpappas@davisandceriani.com<br>swilkinson@davisandceriani.com | KITCH DRUTCHAS WAGNER<br>VALITUTTI & SHERBROOK<br>Michael J. Watza, Esq. (P38726)<br>One Woodward Ave., Suite 2400<br>Detroit, MI 48226-5485<br>(313) 965-7986<br>mike.watza@kitch.com |

**APPEARANCE**

PLEASE ENTER the appearance of GARAN LUCOW MILLER, P.C. as attorneys for Plaintiff, EMPLOYERS MUTUAL CASUAL COMPANY, in the above-entitled cause.

        GARAN LUCOW MILLER, P.C.

        s/ Megan K. Cavanagh
        MEGAN K. CAVANAGH (P61978)
        Attorneys for Plaintiff
        1000 Woodbridge Street
        Detroit, MI   48207-3192
        313.446.5549
        mcavanagh@garanlucow.com
        P61978

Dated:  December 12, 2011
991125.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, my assistant, Susan M. Westphal, electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Richard J. Landau, Esq. | rjlandau@rjlps.com |
| Michael P. Cillo, Esq. | mcillo@davisandceriani.com |
| Scott W. Wilkinson, Esq. | swilkinson@davisandceriani.com |
| Michael J. Watza, Esq. | mike.watza@kitch.com |

and I hereby certify that on December 12, 2011, my assistant, Susan M. Westphal, mailed by United States Postal Service the foregoing document to the following non-ECF participants, with full legal postage prepaid thereon and deposited in the United States mail:  **N/A**

s/ Megan K. Cavanagh
MEGAN K. CAVANAGH (P61978)
Attorneys for Plaintiff
1000 Woodbridge Street
Detroit, MI   48207-3192
313.446.5549
mcavanagh@garanlucow.com
P61978