**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

EMPLOYERS MUTUAL CASUALTY COMPANY

    Plaintiff,

v.

HELICON ASSOCIATES, INC., a Michigan corporation, ESTATE OF MICHAEL J. WITUCKI, in its capacity as successor in interest to Michael J. Witucki, a deceased individual, DR. CHARLES DREW ACADEMY, a Michigan public school academy, JEREMY GILLIAM, WELLS FARGO ADVANTAGE NATIONAL TAX FREE FUND, a series of the Delaware business trust known as the Wells Fargo Funds Trust, Delaware Business Trust, WELLS FARGO ADVANTAGE MUNICIPAL BOND FUND (in part as successor to the Wells Fargo Advantage National Tax-Free Fund), a series of the Delaware business trust known as the Wells Fargo Funds Trust, a Delaware business trust, LORD ABBETT MUNICIPAL INCOME TRUST-LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, a Delaware statutory trust, PIONEER MUNICIPAL HIGH INCOME ADVANTAGE TRUST, a Delaware statutory trust, by Pioneer Investment Management, Inc., its investment advisor,

    Defendants.

Case No.: 2:11-cv-13052

Honorable Steven J. Murphy

**NOTICE OF APPEARANCE**

---

| | |
|---|---|
| Michael P. Cillo, Esq.<br>Valeri S. Pappas, Esq.<br>Scott W. Wilkinson<br>DAVIS & CERIANI, P.C.<br>1350 17th Street, Suite 400<br>Denver, Colorado 80202<br>Telephone: (303) 534-9000<br>mcillo@davisandceriani.com<br>vpappas@davisandceriani.com<br>swilkinson@davisandceriani.com | Michael J. Watza, Esq. (P38726)<br>KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK<br>One Woodward Ave., Suite 2400<br>Detroit, MI 48226-5485<br>Telephone: (313) 965-7986<br>mike.watza@kitch.com |

{00325195.DOCX; 1}  1

| | |
|---|---|
| Richard J. Landau (P42223) | Christopher P. Jelinek (P53543) |
| RJ LANDAU PARTNERS PLLC | Megan K. Cavanagh (P61978) |
| Attorney for Drew Academy | GARAN LUCOW MILLER, P.C. |
| 5340 Plymouth Road, Suite 200 | Attorneys for Plaintiff |
| Ann Arbor, MI 48105 | 1000 Woodbridge |
| (734) 865-1580 | Detroit, MI 48207 |
| rjlandau@rjlps.com | (313) 446-5554 |
| | cjelinek@garanlucow.com |

Please take notice that Michael P. Cillo of the law firm of Davis & Ceriani, P.C. hereby enters his appearance as counsel in this matter on behalf of Defendants Wells Fargo Funds Trust (on behalf of its series Wells Fargo Advantage Municipal Bond Fund as successor-in-interest to Wells Fargo Advantage National Tax Free Fund), Pioneer Municipal High Income Advantage Trust, and Lord Abbett Municipal Income Trust (on behalf of its series Lord Abbett High Yield Municipal Bond Fund).

RESPECTFULLY SUBMITTED this 13th day of December, 2011.

By: *s/ Michael P. Cillo*
Michael P. Cillo, Esq.
Valeri S. Pappas, Esq.
Scott W. Wilkinson, Esq.
Davis and Ceriani, P.C.
1350 Seventeenth Street, Suite 400
Denver, CO  80202
(303) 534-9000

By: *s/Michael J. Watza*
Michael J. Watza, Esq. (P38726)
Kitch Drutchas Wagner Valitutti & Sherbrook, P.C.
One Woodward Avenue, Suite 2400
Detroit, MI 48226-5485
(313) 965-7986

{00325195.DOCX; 1}                                              2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13${}^{th}$ day of December, 2011, a true and correct copy of the foregoing was served via CM/ECF addressed to the following:

| | |
|---|---|
| Christopher P. Jelinek<br>Megan K. Cavanagh<br>**Garan Lucow Miller, P.C.**<br>1000 Woodbridge<br>Detroit, MI 48207<br>mcvanagh@garanlucow.com<br>cjelinek@garanlucow.com<br>*Attorneys for Plaintiff* | Richard J. Landau<br>**RJ Landau Partners PLLC**<br>5340 Plymouth Road, Suite 200<br>Ann Arbor, MI 48105<br>rjlandau@rjlps.com<br>*Attorneys for Defendant Drew Academy* |

                                                                  s/ Anna K. Cillo